# Court of Appeals
# of the State of Georgia

ATLANTA,  April 12, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0785.  BROWN v. SPENCER.**

On September 23, 2021, the trial court entered a final order in this custody dispute. On October 22, 2021, Tameka Brown filed a notice of appeal from this judgment. On the same day, Brown filed a motion for new trial. In September 2022, the trial court entered a second order awarding temporary custody and child support to Michael Spencer.

On October 24, 2022, the trial court denied Brown's motion for new trial. On November 9, 2022, her appeal was duly docketed as Case No. A23A0610, and she timely filed her initial brief on December 27, 2022.

In the meantime, on November 21, 2022, Brown filed a second notice of appeal from the trial court's order denying her motion for new trial "as well as any other errors that [she] will enumerate with specificity in subsequent filing with the Court of Appeals." On December 21, 2022, the trial court filed two additional orders on matters including guardian ad litem fees, the production of a video recording, and contempt proceedings for failure to pay child support. On December 27, 2022, Brown's second appeal was docketed as Case No. A23A0785, such that Brown's initial brief was due on January 16, 2023. Without moving for an extension of time, Brown filed her initial brief on February 7, 2023, enumerating errors concerning the orders of September and December 2022. Brown has moved to consolidate the two appeals, and Spencer has filed a motion to dismiss this appeal.

As to the September 2021 judgment, Brown's second appeal is invalid. *Massey v. Massey*, 294 Ga. 163, 165 (2) (751 SE2d 330) (2013) (an appellant is not entitled to two appeals from the same order). Further, Brown does not attack the trial court's September and December 2022 orders as to custody or visitation, but only as to procedural defects and substantive errors concerning fees, discovery and child support, which deprives this Court of jurisdiction. See *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017) (dismissing an appeal in a custody matter when the appellant raised an issue as to notice but did not challenge a "substantive ruling" on custody); *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426, 427 (731 SE2d 110) (2012) (child support appeals require an application under OCGA § 5-6-35 (a) (2)). Finally, Brown filed her initial brief three weeks late and without requesting an extension of time to do so.

For these reasons, Spencer's motion to dismiss this appeal is GRANTED, and we therefore DENY Brown's motion to consolidate the appeals as MOOT. Case No. A23A0610 remains pending.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta, ___04/12/2023___

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____, Clerk.